THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEANNE M. HAMILL, individually and :
as Administratrix and Administratrix :
ad Prosequendum of Estate of :
Eugene Hamill, Deceased, :
                                                            :
              Plaintiff,    :    3:20-CV-231
   v.                                        :    (JUDGE MARIANI)
                                                             :
TWIN CEDARS SENIOR LIVING, LLC, :
d/b/a and a/k/a Twin Cedars Senior :
Living, et al., :
                                                             :
             Defendants.    :

## ORDER

**AND NOW, THIS** \_\_17th\_\_ **DAY OF DECEMBER, 2020,** upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 64) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 64) is **ADOPTED** for the reasons set forth therein.

2. Defendant Little Walker Holdings, LLC's Motion to Dismiss Plaintiff's Amended Complaint and Co-Defendants' Cross-Claims (Doc. 43) is **GRANTED**.

3. Plaintiff's claims against Defendant Little Walker Holdings, LLC, are **DISMISSED WITH PREJUDICE**.

4. Defendants Twin Cedars Senior Living, LLC, and Tamara Singer's cross-claims against Defendant Little Walker Holdings, LLC are **DISMISSED WITH PREJUDICE**.

5. This action is **REMANDED** to Magistrate Judge Carlson for further pretrial proceedings in accordance with this Court's May 14, 2020 Order (Doc. 33).

_____
Robert D. Mariani
United States District Judge