IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEANNE M. HAMILL,** **Individually and as Administratrix and Administratrix ad Prosequendum of the Estate of Eugene Hamill, Deceased,** : : : : : : **Plaintiff,** : : v. : : **TWIN CEDARS SENIOR LIVING, LLC,**: **d/b/a and a/k/a Twin Cedars** : **Senior Living, et al.,** : : **Defendants.** : | Civ. No. 3:20-CV-231 (Judge Mariani) (Magistrate Judge Carlson) |

## MEMORANDUM ORDER

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

This is a personal injury, wrongful death, and survival action brought by Jeanne Hamill as administratrix of the estate of her late husband, Eugene Hamill against the defendants. The merits of this dispute are quite grave and warrant the full and undivided attention of the parties. However, over time the parties have become embroiled in a series of sanctions disputes, some of which are not directly related to the serious merits issues before us.

For example, the defendants have filed a motion to sanction the plaintiff's counsel under Rule 11 for pursuing a claim which is now the subject of a motion to

dismiss and Report and Recommendation. (Doc. 136). Conversely, the plaintiff has now moved to sanction the defendants for what the plaintiff regards as a procedurally irregular appeal of a discovery order to the district court. (Doc. 170).

Because we believe that the parties' time is better spent focusing on merits issues, and regard both sanctions motions as premature while the district court considers the underlying merits of any dispositive motions and appeals, in the exercise of our discretion we DENY this motions for sanctions without prejudice. (Docs. 136, 170).[1]

So ordered this 9th day of November 2022.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

---

[1] We recognize that there is yet another sanctions motion pending. (Doc. 146). We will address this motion separately.