UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEANNE M. HAMILL,<br><br>        Plaintiff<br><br>    v.<br><br>TWIN CEDARS SENIOR LIVING, LLC.,<br>et al.,<br><br>        Defendants. | CIVIL ACTION NO. 3:20-CV-00231<br><br>(MEHALCHICK, J.) |

### ORDER

**AND NOW**, this 14th day of March, 2024, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that:

The Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 155) is **ADOPTED** as the decision of the Court. Plaintiff's Objections to the Report are **OVERRULED**. (Doc. 159). Moving Defendants' motion to dismiss is **GRANTED** and they are **DISMISSED** from this action. (Doc. 120).

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**