UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEANNE M. HAMILL,<br><br>             Plaintiff<br><br>   v.<br><br>TWIN CEDARS SENIOR LIVING, LLC., et al.,<br><br>             Defendants. | CIVIL ACTION NO. 3:20-CV-00231<br><br>(MEHALCHICK, J.) |

**ORDER**

**AND NOW**, this 6th day of September, 2024, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that:

The Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 240) is **ADOPTED** as the decision of the Court. Plaintiff's Objections to the Report are **OVERRULED**. (Doc. 241). Little Walker Defendants' motion for summary judgment is **DENIED as moot**. (Doc. 151). Defendants Singer, Twin Cedars, and Blaire Realty's motion for summary judgment is **GRANTED in part** as to Count VIII, Plaintiff's fraudulent transfer claim. (Doc. 109; Doc. 150). Count VIII is **DISMISSED with prejudice**. (Doc. 109). Defendants Singer, Twin Cedars, and Blaire Realty's motion for judgment on the pleadings with respect to Count VIII is **DENIED as moot**. (Doc. 210). Defendants Singer, Twin Cedars, and Blaire Realty's motion for summary judgment as to Plaintiff's negligence claims is **DENIED**. (Doc. 109; Doc. 150).

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**