IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEANNE M. HAMILL,** | : | Civ. No. 3:20-CV-231 |
| **Individually and as Administratrix and** | : | |
| **Administratrix ad Prosequendum of the** | : | |
| **Estate of Eugene Hamill, Deceased,** | : | |
| | : | **(Judge Mehalchick)** |
| | : | |
| **Plaintiff,** | : | |
| | : | **(Magistrate Judge Carlson)** |
| v. | : | |
| | : | |
| **TWIN CEDARS SENIOR LIVING, LLC,:** | | |
| d/b/a and a/k/a Twin Cedars | : | |
| Senior Living, et al., | : | |
| | : | |
| **Defendants.** | : | |

# ORDER

AND NOW, this 8th day of November 2024, in accordance with the accompanying Memorandum, IT IS ORDERED that the Defendants' a motion for imposition of attorneys' fees as a sanction for discovery defaults, (Doc. 187), and Rule 11 sanctions motion, (Doc. 262), are GRANTED.

IT IS FURTHER ORDERED that further proceedings calculating and assessing the amount of these monetary sanctions are DEFERRED pending completion of the merits litigation in this case as follows:

29

First, within 30 days of the entry of a judgment in this case, or notification of a settlement of the lawsuit, the defendants shall file a request for fees which comports with the requirements set forth in the accompanying Memorandum Opinion.

Second, 21 days after the filing of these fees request, the plaintiff's counsel may file a response in accordance with the legal standards prescribed by the Court.

Third, 14 days after any submission by the plaintiff's counsel the defendants may file a reply brief in support of this request for attorneys' fees.

/s/ Martin C. Carlson
Martin C. Carlson
United States Magistrate Judge