# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEANNE M. HAMILL,** | : | Civ. No. 3:20-CV-231 |
| **Individually and as Administratrix and** | : | |
| **Administratrix ad Prosequendum of the** | : | |
| **Estate of Eugene Hamill, Deceased,** | : | |
| | : | (Judge Mehalchick) |
| | : | |
| **Plaintiff,** | : | |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **TWIN CEDARS SENIOR LIVING, LLC,** | : | |
| **d/b/a and a/k/a Twin Cedars** | : | |
| **Senior Living, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

# **ORDER**

AND NOW, this 20th day of December 2024, in accordance with the accompanying Memorandum, IT IS ORDERED that the Plaintiff's Motion to Reconsider (Doc. 286) is DENIED.

/s/ *Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

13